# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KERRY DEON GOSS**
**ADC #104522**                                                                    **PLAINTIFF**

**V.**                                  **3:08CV00197 BSM/JTR**

**CRAIGHEAD COUNTY JAIL, et al.**                                        **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed. After careful review, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, defendant Craighead County Jail is DISMISSED, WITH PREJUDICE, because it is not amenable to suit in a § 1983 action.

2.      The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this order would not be taken in good faith

3.      The Clerk is directed to prepare a summons for defendants Money, McCainn, Smith, and Metcalf, and the United States Marshal is directed to serve the summons,

complaint, and amended complaint upon them without prepayment of fees and costs or security therefor.[1]

Dated this <u>8th</u> day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If any of the defendants are no longer Craighead County employees, the person responding to service shall file, with the return of unexecuted service, a **<u>SEALED</u>** Statement providing the unserved defendant's last known private mailing address.