**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KERRY DEON GOSS
ADC #104522                                                                                                    PLAINTIFF

V.                                          3:08CV00197 BSM/JTR

MONEY,
County Judge of Craighead County, et al.                                                      DEFENDANTS

## ORDER

On January 30, 2009, Defendants filed an Answer that, among other things, clarifies their full and correct names.

IT IS THEREFORE ORDERED THAT the Clerk shall amend the docket sheet to reflect that: (1) Defendant County Judge Money is "County Judge Dale Haas"; (2) Defendant Sheriff Jack McCainn is "Sheriff Jack McCann"; and (3) Defendant Metcalf is "Steve Metcalf"

Dated this 3rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE