# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KERRY DEON GOSS                                                                 PLAINTIFF

V.                                  3:08CV00197 JTR

DALE HASS,
County Judge of Craighead County, et al.                             DEFENDANTS

## ORDER

Plaintiff, who is a prisoner proceeding *pro se* in this § 1983 action, has until July 19, 2009, to file his Response to Defendants' well-supported Motion for Summary Judgment. *See* docket entry #40. A non-jury trial is currently scheduled in this case for August 5, 2009. *See* docket entry #29. The parties' witness/exhibit lists are due on July 15, 2009, and their pretrial information sheets and trial briefs are due on July 22, 2009. *Id.* It will be unnecessary for the parties to file such documents, and otherwise prepare for trial, if the pending Motion for Summary Judgment is granted.

IT IS THEREFORE ORDERED THAT the non-jury trial scheduled for August 5, 2009, is CANCELED, and all remaining deadlines imposed in the Scheduling Order (docket entry #29) are VACATED. The Court will reschedule a non-jury trial, if necessary, after it rules upon the pending Motion for Summary Judgment.

Dated this 8th day of July, 2009.

                                                              /s/ J. Thomas Ray
                                                              UNITED STATES MAGISTRATE JUDGE