## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KERRY DEON GOSS
ADC #104522                                                    PLAINTIFF

V.                          3:08CV00197 JTR

DALE HAAS,
County Judge of Craighead County, et al.                      DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor

of Defendants.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment and the accompanying Memorandum Opinion would not be

taken in good faith.

Dated this **23ᵈ** day of July, 2009.


_____
UNITED STATES MAGISTRATE JUDGE